# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5023**                           **September Term, 2023**

**1:23-cv-03663-UNA**

**Filed On:** June 5, 2024

JBG Smith Properties, LP First Residences,

        Appellee

    v.

Jordan Powell,

        Appellant

    v.

United States Small Business Administration,

        Appellee


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Wilkins, Childs, and Pan, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the appeal be dismissed. Appellant has failed to demonstrate that this court may exercise appellate jurisdiction over the district court's order remanding to the D.C. Superior Court the landlord-tenant case that appellant removed. See 28 U.S.C. § 1447(c), (d); Republic of Venezuela v. Philip Morris Inc., 287 F.3d 192, 196 (D.C. Cir. 2002); Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994). While 28 U.S.C. § 1447(d) permits review of remand orders issued in certain cases that are removed pursuant to § 1442 or § 1443, appellant did not purport in his notice of removal to remove the case pursuant to § 1442 or § 1443. See Denizen Dev., L.L.C. v. Saxon, 850 F. App'x 7, 8 (D.C. Cir. 2021).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk